# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TOM GERHARDT,**<br><br>Plaintiff,<br><br>v.<br><br>**MID-CENTURY INSURANCE COMPANY,**<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 24-3628-KSM** |

## ORDER

**AND NOW**, this 21st day of January, 2025, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) (Doc. No. 10), Plaintiff's response in opposition (Doc. No. 12), and Defendant's reply brief in support of its motion (Doc. No. 13), it is **ORDERED** that Defendant's motion (Doc. No. 10) is **GRANTED**, and Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED**.

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.